IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| I-SELF MANIFEST ALLAH,<br>    Plaintiff, | Civil Action No. 7:21-cv-00086 |
| v. | **MEMORANDUM OPINION** |
| UNITED STATES OF AMERICA,<br>    Defendant. | By:  Glen E. Conrad<br>Senior United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).  By order entered March 5, 2021, the court directed plaintiff to submit within 30 days from the date of the order the financial inmate account information.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER:  This __8th__ day of April, 2021.

_____
Senior United States District Judge